Rocky C. Tsai (SBN 221452)
*Rocky.Tsai@ropesgray.com*
Amy Jane Longo (SBN 198304)
*Amy.Longo@ropesgray.com*
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315 6350

Attorneys for Defendant *CAVA Group, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL HAMMAN and MICHAEL STEWART,<br><br>Plaintiffs,<br><br>v.<br><br>CAVA GROUP, INC.,<br><br>Defendant. | Case No. 22cv0593-MMA-MSB<br><br>**DEFENDANT CAVA GROUP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Judge: Hon. Michael M. Anello<br>Courtroom: 3C<br>Date: August 15, 2022<br>Time: 2:30 pm |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on August 15, 2022, at 2:30 pm, or as soon thereafter as the matter may be heard, before the Honorable Michael M. Anello in Courtroom 3C, United States District Court, Southern District of California, located at 221 W. Broadway #420, 3rd Floor, San Diego, CA 92101, Defendant CAVA Group, Inc. will and hereby does move the Court for an order dismissing Plaintiffs' Complaint (ECF No. 1). This motion is made pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of standing and failure to state claims upon which relief may be granted.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities; the Request for Judicial Notice; the Declaration of Rocky C. Tsai in support thereof and the exhibits attached thereto; the Court's file herein; argument as may be presented at a hearing on the motion; and other such matters as may be judicially noticed or come before the Court at a hearing on this matter.

Dated: July 14, 2022                                **ROPES & GRAY LLP**

By:  */s/ Rocky C. Tsai*
    Rocky C. Tsai
    Amy Jane Longo
    Three Embarcadero Center
    San Francisco, CA 94111-4006
    Tel: (415) 315-6300
    Fax: (415) 315 6350
    rocky.tsai@ropesgray.com
    amy.longo@ropesgray.com

    *Attorneys for CAVA Group, Inc.*