# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL HAMMAN and MICHAEL STEWART, *individually and on behalf of all others similarly situated*<br><br>                              Plaintiffs,<br><br>v.<br><br>CAVA GROUP, INC.,<br><br>                              Defendant. | Case No. 22-cv-593-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE TIME TO FILE A FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 10] |

The parties jointly move to extend the time for Plaintiffs to file a first amended complaint pursuant to Federal Rule of Civil Procedure 15(a). Doc. No. 10. Good cause appearing, the Court **GRANTS** the joint motion. Plaintiffs must file a first amended complaint on or before **August 18, 2022**. Defendants must file a response to the first amended complaint on or before **September 19, 2022**. Plaintiff must file an opposition to any filed motion on or before **October 10, 2022**. Defendant must file a reply, if any, on or before **October 24, 2022**.

***

|  |  |
|---|---|
| 1 | In light of the parties' joint motion, the Court **DENIES AS MOOT** the pending |
| 2 | motion to dismiss, *see* Doc. No. 6, and **VACATES** the hearing date and all remaining |
| 3 | briefing deadlines. |
| 4 | **IT IS SO ORDERED**. |
| 5 | Dated:  July 28, 2022 |

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge