# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL HAMMAN and MICHAEL STEWART, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>CAVA GROUP, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cv-593-MMA (MSB)<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br><br>[Doc. No. 16] |

On September 30, 2022, Defendant Cava Group, Inc. filed a motion to substitute attorney. *See* Doc. No. 16. They seek to substitute as counsel of record M.D. Scully, Esq., of Gordon Rees Scully Mansukhani LLP in place of Rocky C. Tsai, Esq., of Ropes & Gray LLP. Upon due consideration, good cause appearing, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to update the docket of this action accordingly.

**IT IS SO ORDERED.**

Dated: October 3, 2022

　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　United States District Judge