MILES D. SCULLY  (SBN:  135853)
mscully@grsm.com
JUSTIN D. LEWIS  (SBN:  239686)
jlewis@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for defendant
CAVA GROUP, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL HAMMAN and MICHAEL STEWART, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CAVA GROUP, INC.,<br><br>                    Defendant. | NO. 3:22-c-00593-MMA-MSB<br><br>**NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge:  Hon. Michael M. Anello<br>No Hearing Per Chambers Rules |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT defendant CAVA Group, Inc., hereby moves this Court for an order dismissing the first amended complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on grounds that Plaintiffs lack Article III standing and fail to state a claim upon which relief can be granted, respectively.  Per the Chambers Rules of Hon. Michael M. Anello, no hearing date has been set.

The motion is based on this notice, the accompanying memorandum of points and authorities, the accompanying request for judicial notice and corresponding exhibits, the pleadings on file in this matter, argument presented at

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1   any hearing of the motion, and on such other matters as may be judicially noticed

2   or come before the Court at or prior to a hearing of the motion.

3

4   Dated:  October 3, 2022                    GORDON REES SCULLY
                                               MANSUKHANI, LLP

5

6                                       By:   *s/ Justin D. Lewis*
                                              Miles D. Scully
7                                             Justin D. Lewis
                                              Attorneys for defendant
8                                             CAVA GROUP, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway, Suite 2000**
**San Diego, CA 92101**

-2-
**NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**