**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*pro hac vice* forthcoming)
Alec M. Leslie (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jarisohn@bursor.com
        aleslie@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL HAMMAN and MICHAEL STEWART individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CAVA GROUP, INC., <br><br> Defendant. | Case No.  22-cv-0593-MMA-MSB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Neil Hamman and Michael Stewart and Defendant Cava Group Inc., by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

Dated: April 12, 2024                    **BURSOR & FISHER, P.A.**

                                         By:   _/s/ L. Timothy Fisher_____
                                         L. Timothy Fisher
                                         Attorneys for Plaintiffs
                                         Neil Hamman and Michael Stewart

Dated: April 12, 2024                    **GORDON REES SCULLY MANSUKHANI, LLP**

                                         By:   _/s/ Justin D. Lewis_____
                                         Miles D. Scully
                                         Justin D. Lewis
                                         Attorneys for Defendant
                                         Cava Group, Inc.

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case File Administrative Policies and Procedures Manual, I hereby certify that by obtaining authorization for the electronic signatures of all parties the content of the document is acceptable to all persons required to sign the document.

                                         By:   _/s/ L. Timothy Fisher_____