# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL HAMMAN and MICHAEL STEWART, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CAVA GROUP, INC.,<br><br>Defendant. | Case No. 22-cv-593-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 47] |

On April 27, 2022, Plaintiffs Neil Hamman and Michael Stewart initiated this action against Defendant Cava Group, Inc. *See* Doc. No. 1.  The parties now jointly move to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  Doc. No. 47.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case in its entirety with prejudice. Each party will bear their own costs and fees.

**IT IS SO ORDERED**.

Dated:  April 15, 2024

HON. MICHAEL M. ANELLO
United States District Judge